UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

APPEAL NO. 21-55608

JAMES MILLER, ET AL
APPELLEES

V.

ROB BONTA, ET AL
APPELLANTS,

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
AUG 19 2021
FILED_____
DOCKETED_____ DATE   INITIAL

MOTION FOR LEAVE TO FILE ACCOMPANY AMICUS CURIAE MEMOIR AND APPENDICES

PURSUANT TO F.R.A.P. RULE 29 (A)(b)(1)(2), THE UNDERSIGNED REQUEST LEAVE TO FILE ACCOMPANY AMICUS CURIAE MEMOIR AND APPENDICES.

BY ORDER FILED JUNE 21, 2021 THE COURT ORDERED "THE PARTIES" TO FILE A STATUS REPORT AND MAY REQUEST APPROPRIATE RELIEF WITHIN 14 DAYS OF THE COURT'S DECISION IN RUPP V. BONTA.

ASSUMING, THE UNDERSIGNED IS GRANTED LEAVE TO BECOMING A PARTY; THAT DUE TO HIS CUSTODY STATUS, HE WOULD NOT BE ABLE TO

(1)

meet the COURT's 14 day deadline to file his "REQUEST FOR APPROPRIATE RELIEF". So, he is TODAY, filing his REQUEST "FOR APPROPRIATE RELIEF."

### F.R.A.P. RULE 29(b)(1)
### Discussion

The UNDERSIGNED is A <u>bona fide</u> public INTERESTS PERSON. I.E. See e.g. The ACCOMPANYING "memoir" AND "APPENDICES".

### F.R.A.P. RULE 29(b)(2)
### Discussion

The REASONS WHY AN <u>Amicus memoir</u> AND <u>Appendices</u> is desirable AND WHY THE MATTERS ASSERTED ARE RELEVANT TO THE disposition OF THIS CASE, is As follows:

FIRST, both THE <u>memoir</u> AND <u>Appendices</u> ARE Thoughtful AND MERITORIOUS.

SECOND, While There WAS A MYRIAD OF Thoughtful <u>Amicus</u>

(2)

briefs filed in WORMAN, ET AL. V. HEALEY, ET AL, 922 F.3d 26, 29-32 (1st Cir. 2019); NO APPELLATE COURT Judge; OR U.S. SUPREME COURT Justices could seriously question, that the most thoughtful Amicus brief filed in WORMAN, was filed by JAMES MURRAY, PRO SE, on brief for JAMES MURRAY, Amicus Curiae. WORMAN, 29-32. The matters asserted in the Amicus brief there are relevant to the disposition of this case; and in the case of RUPP V. BONTA.

## APPROPRIATE Relief REQUEST

The interests of equity and justice are best served; by reversing; in other words, NOT Affirming Honorable Judge ROGER T. BENITEZ's ruling on the constitutionality of California's Assault Weapon Control Act 28 U.S.C. 2106.

(3)

<u>FOOTNOTE:</u>
The undersigned has never met in person, the Honorable Judge Roger T. Benitez; but if had the opportunity to "personally" speak to Judge Benitez, I would tell Judge Benitez that I am a <u>bona fide</u> supporter of the Second Amendment to the United States Constitution; but the "State of Affairs" is the wrong time to pass judgment that California's Assault Weapon Control Act is necessitated holding the Act unconstitutional under the Second Amendment to the U.S. Constitution.
End of footnote.

<u>Conclusion:</u>
Based on the preceding the undersigned request that this motion be granted.

8-11-21
DATE

Respectfully submitted
James Murray A.K.A James King
09548-007, U.S.P. ADX
P.O. Box 8500
Florence CO. 81226

(4)

Re: APPEAL NO. 20-1830

DETERRENCE, A MEMOIR, A TRUE STORY OF AN QUINTESSENTIAL DISTRICT OF COLUMBIA CRIMINOLOGIST. WORMAN, ET AL V. HEALEY, ET AL 922 F.3d 26, 29-32 (1st Cir. 2019). INSPIRED by his SON SENACA.

The CORE RIGHT of the SECOND AMENDMENT TO the UNITED STATES CONSTITUTION, is THE RIGHT OF LAW Abiding, RESPONSIBLE CITIZENS TO USE ARMS IN defense of HEARTH AND HOME. DISTRICT OF COLUMBIA V. HELLER, 554 U.S. 570, 635 (2008). The Undersigned is THE SEMINAL decision by THE SUPREME COURT MAJORITY IN HELLER. See footnote:

footnote:
ON MARCH 16, 2021 8 PEOPLE WERE gunned down IN 3 SPA shootings IN THE ATLANTA GEORGIA AREA. MEAN SPIRITED, SENSELESS killings. SUCH sickness MUST BE CURE-ALL. CONGRESS should ACT (A good CONGRESS) WITH REASONABLE gun REFORM.

3-21-21   RESPECTFULLY SUBMITTED
DATE      James Murray A.K.A. James Kings

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 19 2021

FILED
DOCKETED   DATE   INITIAL

Re: APPEAL NO. 20-1830

2021 JUL -7 PM 1:34

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT

## Appendices

Accompanying this Appendices is a file copy of Appellant's March 31, 2021 "Memoir: Deterrence."

The "Theme Song" for this Appendices is District of Columbia's legendary singer; the late Marvin Gaye classic song of hope: "What's Going On." His classic song is so suitable in days of troubling times with so much ongoing and unrelenting gun violence in the states.

Thus, Marvin Gaye's classic song: "What's Going On" is the "Theme Song" for Appellant's Memoir: "Deterrence." See Footnotes.

Footnote:
Sadly Marvin Gaye was killed by his father in the District of Columbia by way of gun violence.

Footnote:
Legal Citology is the study of citations in footnotes and their effect on legal scholarship. District of Columbia v. Heller, 554 U.S. 570, 635 (2008); Worman et al v. Healey, et al, 922 F.3d 26, 29-32 (1st Cir. 2019). Special citations.

6-21-21
DATE

Respectfully Submitted
James Mmuy A.K.A James Hines