UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES MILLER; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,<br><br>Defendants - Appellants. | No. 21-55608<br><br>D.C. No. 3:19-cv-01537-BEN-JLB<br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |

The judgment of this Court, entered August 01, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7